**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-2270**

———————————

MURAT OZCAN,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

———————————

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A78-155-968)

———————————

Submitted:  March 27, 2006        Decided:  April 25, 2006

———————————

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

———————————

Petition denied by unpublished per curiam opinion.

———————————

Murat Ozcan, Petitioner Pro Se.  Michele Yvette Francis Sarko,
Carol Federighi, M. Jocelyn Lopez Wright, UNITED STATES DEPARTMENT
OF JUSTICE, Washington, D.C., for Respondent.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Murat Ozcan, a native and citizen of Turkey, seeks review of an order of the Board of Immigration Appeals (Board) affirming without opinion the Immigration Judge's denial of his third motion to reopen. We have reviewed the administrative record and find that the denial of the motion to reopen was not an abuse of discretion. <u>See</u> 8 C.F.R. § 1003.23(b)(1), (4)(ii) (2005); <u>Matter of Lozada</u>, 19 I. & N. Dec. 637 (BIA 1988).

We accordingly deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>